IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cohn, Sharon M

Printed: 5/27/08

Case Number: 07 B 23530
Judge: Hollis, Pamela S
Filed: 12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,482.26 |  |
| Secured: |  | 435.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 233.41 |
| Other Funds: |  | 1,813.51 |
| Totals: | 5,482.26 | 5,482.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 3,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 10,425.00 | 435.34 |
| 4. | Countrywide Home Loans Inc. | Secured | 7,000.00 | 0.00 |
| 5. | Wells Fargo Auto Finance | Unsecured | 6,383.50 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 628.60 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 283.85 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,996.39 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 252.30 | 0.00 |
| 10. | Performance Capital Mgmt | Unsecured | 3,025.87 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 17,732.76 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 841.18 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 2,311.58 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 982.31 | 0.00 |
| 15. | Target National Bank | Unsecured | 350.80 | 0.00 |
| 16. | Cook County Treasurer | Secured |  | No Claim Filed |
| 17. | HSBC Mortgage Services | Secured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 21. | Citi Cards | Unsecured |  | No Claim Filed |
| 22. | Asset Management Out | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 55,214.14 | $ 3,435.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cohn , Sharon  M

Printed:  5/27/08

Case Number:  07 B 23530
Judge:  Hollis, Pamela S
Filed:  12/14/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.85 |
| 6.5% | 208.56 |
|  | _____ |
|  | $ 233.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

